# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Ronald D Leslie, Jr. | § | Case No. 14-32461 |
| Catherine M Leslie | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on 09/05/2014 .   The undersigned trustee was appointed on  09/05/2014 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                   $            123,827.81

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 42,764.87 |
| Bank service fees | 282.96 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 22,500.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $            58,279.98 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  03/13/2015  and the deadline for filing governmental claims was  03/13/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 7,454.46 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 7,454.46 , for a total compensation of $ 7,454.46 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 77.40 , for total expenses of $ 77.40 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/05/2015 _____    By:/s/Joji Takada, Chapter 7 Trustee _____
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No: | 14-32461 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |

| Case Name: | Ronald D Leslie, Jr. | | Date Filed (f) or Converted (c): | 09/05/2014 (f) |
| | Catherine M Leslie | | 341(a) Meeting Date: | 09/29/2014 |
| For Period Ending: | 10/05/2015 | | Claims Bar Date: | 03/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home At 295 East Cermak Rd, Braidwood Il 60408 | 131,000.00 | 0.00 | | 0.00 | FA |
| 2. Backyard Attached Lot (Attached To Primary Residence) With N | 11,000.00 | 0.00 | | 0.00 | FA |
| 3. Abri Credit Union Checking Account | 53.00 | 0.00 | | 0.00 | FA |
| 4. One Half Of Mazon State Bank Checking Account | 119.00 | 0.00 | | 0.00 | FA |
| 5. Abri Credit Union Savings Account | 51.00 | 0.00 | | 0.00 | FA |
| 6. Edward Jones Brokerage Account | 62.00 | 0.00 | | 0.00 | FA |
| 7. Stove, Microwave, Refrigerator, Vacuum, Blender, Television, | 2,650.00 | 0.00 | | 0.00 | FA |
| 8. Massage Table, Massage Oils And Assorted Massage Supplies In | 500.00 | 0.00 | | 0.00 | FA |
| 9. Necessary Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Male Wedding Band, Female Wedding Band And Male Watch | 350.00 | 0.00 | | 0.00 | FA |
| 11. Edward Jones Ira Account | 113,000.00 | 0.00 | | 0.00 | FA |
| 12. Potential Class Action Lawsuit For Vaginal Mesh  Potential class action lawsuit for vaginal mesh J Unknown AMENDED-- Coloplast/Mpathy vaginal mesh class action lawsuit, subject to 40% attorneys fees claim and costs and subject to mandatory 10% additional holdback for future medical needs and any and all liens unknown attached to the award. | 123,000.00 | 0.00 | | 123,827.81 | FA |
| 13. 2007 Saturn Vue With 160,000 Miles In Good Condition | 3,922.00 | 0.00 | | 0.00 | FA |
| 14. 2001 Dodge Ram With 106,000 Miles In Poor Condition | 2,850.00 | 0.00 | | 0.00 | FA |
| 15. 1999 Ford Escort With 200,000 Miles In Non-Operating Conditi | 300.00 | 0.00 | | 0.00 | FA |
| 16. Small Utility Trailer | 50.00 | 0.00 | | 0.00 | FA |
| 17. 2010 Forest River Salem M-312Qbud In Good Condition | 21,000.00 | 0.00 | | 0.00 | FA |
| 18. 1978 Rinker 17 Foot Bass Boat In Non Operational Condition A | 510.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $411,417.00 | $0.00 | | $123,827.81 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Reviewing Debtor's interest in PI case involving coloplast mesh - Joji Takada 9/24/2014

Correspondence with PI counsel - Joji Takada 11/24/2014

Exhibit A

Hired PI counsel; Awaiting details re settlement. - Joji Takada 3/15/2015

Draft approval of settlement re PI litigation and Debtor's claimed exemption. - Joji Takada 4/8/2015

Initial Projected Date of Final Report (TFR): 09/05/2016          Current Projected Date of Final Report (TFR): 09/05/2016

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 14-32461

Case Name: Ronald D Leslie, Jr.

Catherine M Leslie

Taxpayer ID No: XX-XXX8293

For Period Ending: 10/05/2015

Trustee Name: Joji Takada, Chapter 7 Trustee

Bank Name: Associated Bank

Account Number/CD#: XXXXXX0064

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 06/12/15 | 12 | Freese and Goss PLLC | Settlement payment Settlement of joint-debtor's personal bodily injury litigation | 1142-000 | $123,827.81 | | $123,827.81 |
| 06/17/15 | 1001 | Ronald D Leslie, Jr. c/o Mark Berardi, Esq. 207 S. Water Street Wilmington, Illinois 60481 | Exemption | 8100-002 | | $7,500.00 | $116,327.81 |
| 06/17/15 | 1002 | Catherine M Leslie c/o Mark Berardi, Esq. 207 S. Water Street Wilmington, Illinois 60481 | Exemption | 8100-002 | | $15,000.00 | $101,327.81 |
| 07/06/15 | 1003 | Edwards & de la Cerda PLLC Attn: Kevin Edwards 3031 Allen St., Ste. 100 Dallas, TX 75204 | Payment to trustee professional Special counsel contingency fee | 3210-000 | | $41,271.81 | $60,056.00 |
| 07/06/15 | 1004 | Edwards & de la Cerda PLLC Attn: Kevin Edwards 3031 Allen St., Ste. 100 Dallas, TX 75204 | Payment to trustee professional Special counsel reimbursed costs | 3220-000 | | $1,493.06 | $58,562.94 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.58 | $58,480.36 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $113.60 | $58,366.76 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.78 | $58,279.98 |

| | | |
|---|---|---|
| COLUMN TOTALS | $123,827.81 | $65,547.83 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $123,827.81 | $65,547.83 |
| Less: Payments to Debtors | $0.00 | $22,500.00 |
| Net | $123,827.81 | $43,047.83 |

Page Subtotals: $123,827.81   $65,547.83

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0064 - Checking | $123,827.81 | $43,047.83 | $58,279.98 |
| | $123,827.81 | $43,047.83 | $58,279.98 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $123,827.81 |
| Total Gross Receipts: | $123,827.81 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-32461

Debtor Name: Ronald D Leslie, Jr.

Claims Bar Date: 3/13/2015

Date: October 5, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | Catherine M Leslie 295 EAST CERMAK RD BRAIDWOOD, IL 60408 | Administrative | | $0.00 | $15,000.00 | $15,000.00 |
| 99 8100 | Ronald D Leslie, Jr. 295 EAST CERMAK RD BRAIDWOOD, IL 60408 | Administrative | | $0.00 | $7,500.00 | $7,500.00 |
| 100 2100 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Administrative | | $0.00 | $7,454.46 | $7,454.46 |
| 100 2200 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Administrative | | $0.00 | $77.40 | $77.40 |
| 100 3210 | Edwards & de la Cerda PLLC Attn: Kevin Edwards 3031 Allen St., Ste. 100 Dallas, TX 75204 | Administrative | | $0.00 | $41,271.81 | $41,271.81 |
| 100 3220 | Edwards & de la Cerda PLLC Attn: Kevin Edwards 3031 Allen St., Ste. 100 Dallas, TX 75204 | Administrative | | $0.00 | $1,493.06 | $1,493.06 |
| 1 300 7100 | DISCOVER BANK DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $0.00 | $11,208.86 | $11,208.86 |
| 2 300 7100 | DISCOVER BANK DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $0.00 | $6,077.76 | $6,077.76 |
| 3 300 7100 | Granite State Management & Resources On Behalf Of The Department Of Education Po Box 105291 Concord, NH 03302 | Unsecured | | $0.00 | $1,609.63 | $1,609.63 |

Printed: October 5, 2015

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 14-32461

Debtor Name: Ronald D Leslie, Jr.

Claims Bar Date: 3/13/2015

Date: October 5, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4<br>300<br>7100 | First National Bank Of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Unsecured | | $0.00 | $1,229.06 | $1,229.06 |
| 5<br>300<br>7100 | Capital One N. A.<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $1,276.14 | $1,276.14 |
| 6<br>300<br>7100 | Capital Recovery V, Llc<br>C/O Recovery Management<br>Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $5,658.17 | $5,658.17 |
| 7<br>300<br>7100 | Capital Recovery V, Llc<br>C/O Recovery Management<br>Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $1,714.21 | $1,714.21 |
| 8<br>300<br>7100 | Capital Recovery V, Llc<br>C/O Recovery Management<br>Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $1,841.68 | $1,841.68 |
| 9<br>300<br>7100 | Cavalry Spv I,Llc Assignee Of<br>Capital One Na<br>Bass & Associates, P.C.<br>3936 E Ft. Lowell Road, Suite #<br>200<br>Tucson, Az 85712 | Unsecured | | $0.00 | $2,854.07 | $2,854.07 |
| 999<br>8200 | Catherine M Leslie<br>295 EAST CERMAK RD<br>BRAIDWOOD, IL  60408 | Unsecured | | $0.00 | $0.00 | $17,238.59 |
| | Case Totals | | | $0.00 | $106,266.31 | $123,504.90 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: October 5, 2015

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-32461
Case Name: Ronald D Leslie, Jr.
             Catherine M Leslie
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand                                          $          58,279.98

Claims of secured creditors will be paid as follows:


NONE


Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 7,454.46 | $ 0.00 | $ 7,454.46 |
| Trustee Expenses: Joji Takada | $ 77.40 | $ 0.00 | $ 77.40 |
| Attorney for Trustee Fees: Edwards & de la Cerda PLLC | $ 41,271.81 | $ 41,271.81 | $ 0.00 |
| Attorney for Trustee Expenses: Edwards & de la Cerda PLLC | $ 1,493.06 | $ 1,493.06 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses          $          7,531.86

Remaining Balance                                               $          50,748.12


Applications for prior chapter fees and administrative expenses have been filed as follows:


NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

     The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

     Timely claims of general (unsecured) creditors totaling $ 33,469.58  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

     Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 11,208.86 | $ 0.00 | $ 11,208.86 |
| 2 | DISCOVER BANK | $ 6,077.76 | $ 0.00 | $ 6,077.76 |
| 3 | Granite State Management & Resources On Behalf Of | $ 1,609.63 | $ 0.00 | $ 1,609.63 |
| 4 | First National Bank Of Omaha | $ 1,229.06 | $ 0.00 | $ 1,229.06 |
| 5 | Capital One N. A. | $ 1,276.14 | $ 0.00 | $ 1,276.14 |
| 6 | Capital Recovery V, Llc | $ 5,658.17 | $ 0.00 | $ 5,658.17 |
| 7 | Capital Recovery V, Llc | $ 1,714.21 | $ 0.00 | $ 1,714.21 |
| 8 | Capital Recovery V, Llc | $ 1,841.68 | $ 0.00 | $ 1,841.68 |
| 9 | Cavalry Spv I,Llc Assignee Of Capital One Na | $ 2,854.07 | $ 0.00 | $ 2,854.07 |

     Total to be paid to timely general unsecured creditors     $    33,469.58

     Remaining Balance     $    17,278.54

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.1  % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 39.95 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 17,238.59 .