**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-32461 |
| Ronald D Leslie, Jr. | § | Chapter 7 |
| Catherine M Leslie | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND
DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

Date: 12/18/2015
Time: 9:00 A.M.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/17/2015     By: _/s/ Joji Takada_
                                  Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
  §
Ronald D Leslie, Jr. § Case No. 14-32461
Catherine M Leslie §
  §
   Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 123,827.81 |
| and approved disbursements of | $ | 65,547.83 |
| leaving a balance on hand of[1] | $ | 58,279.98 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 7,454.46 | $ 0.00 | $ 7,454.46 |
| Trustee Expenses: Joji Takada | $ 77.40 | $ 0.00 | $ 77.40 |
| Attorney for Trustee Fees: Edwards & de la Cerda PLLC | $ 41,271.81 | $ 41,271.81 | $ 0.00 |
| Attorney for Trustee Expenses: Edwards & de la Cerda PLLC | $ 1,493.06 | $ 1,493.06 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 7,531.86 |
| Remaining Balance | $ 50,748.12 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,469.58 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 11,208.86 | $ 0.00 | $ 11,208.86 |
| 2 | DISCOVER BANK | $ 6,077.76 | $ 0.00 | $ 6,077.76 |
| 3 | Granite State Management & Resources On Behalf Of | $ 1,609.63 | $ 0.00 | $ 1,609.63 |
| 4 | First National Bank Of Omaha | $ 1,229.06 | $ 0.00 | $ 1,229.06 |
| 5 | Capital One N. A. | $ 1,276.14 | $ 0.00 | $ 1,276.14 |
| 6 | Capital Recovery V, Llc | $ 5,658.17 | $ 0.00 | $ 5,658.17 |
| 7 | Capital Recovery V, Llc | $ 1,714.21 | $ 0.00 | $ 1,714.21 |
| 8 | Capital Recovery V, Llc | $ 1,841.68 | $ 0.00 | $ 1,841.68 |
| 9 | Cavalry Spv I,Llc Assignee Of Capital One Na | $ 2,854.07 | $ 0.00 | $ 2,854.07 |
| | Total to be paid to timely general unsecured creditors | | | $ 33,469.58 |
| | Remaining Balance | | | $ 17,278.54 |

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 39.95 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 17,238.59 .

Prepared By: Joji Takada
Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                              Case No. 14-32461-BWB
Ronald D Leslie, Jr.                                                Chapter 7
Catherine M Leslie
          Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: mgonzalez            Page 1 of 2           Date Rcvd: Nov 18, 2015
                              Form ID: pdf006            Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2015.
db             +Ronald D Leslie, Jr.,    295 East Cermak Rd,    Braidwood, IL 60408-1351
jdb           #+Catherine M Leslie,    295 East Cermak Rd,    Braidwood, IL 60408-1351
22358551       +Allied Anes Assoc,    PO Box 1123,    Bankruptcy,    Jackson, MI 49204-1123
22358552       +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
22358554      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,     Po Box 982235,    El Paso, TX 79998)
22358553       +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
22358557      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,     Attn: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
22358555      +++Cap1/bstby,    PO Box 30285,    Salt Lake City, UT 84130-0285
22358556       +Cap1/mnrds,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
22872125        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
23043375      +++Cavalry SPV I,LLC assignee of Capital One NA,     Bass & Associates, P.C.,
                 3936 E Ft. Lowell Road, Suite # 200,    Tucson, AZ 85712-1083
22358559       +Elite Gynecology,    935 W US Route 6,    Bankruptcy,    Morris, IL 60450-8859
22358560       +First National Bank,    Attention:FNN Legal Dept,     1620 Dodge St. Stop Code: 3290,
                 Omaha, NE 68197-0003
22812085       +First National Bank of Omaha,     1620 Dodge Street,    Stop Code 3105,    Omaha Ne 68197-0003
22793464       +Granite State Management & Resources on behalf of,     The Department of Education,    PO Box 3420,
                 Concord, NH 03302-3420
22358565       +Nhhelc/gsm&r,    Po Box 3420,    Concord, NH 03302-3420
22358569       +Silver Cross Hospital,    1900 Silver Cross Blvd,     New Lenox, IL 60451-9509
22358570       +Surgical Consultants of Joliet,     2 Uno Cir, 1st Fl,    Bankruptcy,    Joliet, IL 60435-6656
22643925       +USAA Federal Savings Bank,    Evan L Moscov,    Weinstein Pinson & Riley PS,
                 469 W Huron Street, Suite 1701,    Chicago, IL 60654-3466
22358572       +USAA Federal Savings Bank,    10750 Mcdermott Fwy,    San Antonio, TX 78288-1600
22358573       +Usaa Savings Bank,    10750 Mcdermott,    San Antonio, TX 78288-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22959632        E-mail/PDF: rmscedi@recoverycorp.com Nov 19 2015 01:33:28      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
22736002        E-mail/Text: mrdiscen@discover.com Nov 19 2015 01:40:14      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
22358558       +E-mail/Text: mrdiscen@discover.com Nov 19 2015 01:40:14      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
22358561       +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2015 01:46:05      GECRB/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
22358562       +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2015 01:47:06      GECRB/Sams Club,
                 Gecrb/Sams Club,    Po Box 103104,    Roswell, GA 30076-9104
22358563       +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 19 2015 01:40:31       Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
22358564       +E-mail/Text: mmrgbk@miramedrg.com Nov 19 2015 01:42:03      MiraMed Revenue Group,
                 991 Oak Creek Dr,    Bankruptcy,    Lombard, IL 60148-6408
22358566       +E-mail/Text: mmrgbk@miramedrg.com Nov 19 2015 01:42:03      Pellettieri,    991 Oak Creek Dr,
                 Lombard, IL 60148-6408
22358567       +E-mail/Text: bankruptcyteam@quickenloans.com Nov 19 2015 01:42:35       Quickn Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
22358571       +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2015 01:34:14      Syncb/discount Tire,
                 Po Box 965036,    Orlando, FL 32896-5036
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Edwards & de la Cerda PLLC
aty             Kevin Edwards
22358568*     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Shell Oil / Citibank,     Attn: Centralized  Bankruptcy,
                 Po Box 20363,    Kansas City, MO 64195)
                                                                                 TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: mgonzalez              Page 2 of 2                  Date Rcvd: Nov 18, 2015
                              Form ID: pdf006              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2015 at the address(es) listed below:
              Evan Lincoln Moscov    on behalf of Creditor    USAA Federal Savings Bank evan.moscov@moscovlaw.com,
               bncmail@w-legal.com;teresap@w-legal.com
              Joji   Takada     on behalf of Trustee Joji   Takada trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Joji   Takada    trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
              Mark M Berardi    on behalf of Joint Debtor Catherine M Leslie mberardilaw@gmail.com,
               G11445@Notify.cincompass.com,admin@chslegal.net
              Mark M Berardi    on behalf of Debtor Ronald D Leslie, Jr. mberardilaw@gmail.com,
               G11445@Notify.cincompass.com,admin@chslegal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```