# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Ronald D Leslie, Jr. | § | Case No. 14-32461 |
| Catherine M Leslie | § | |
| | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee    , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 146,197.00                    Assets Exempt: 172,220.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 33,509.53     Claims Discharged
                                                 Without Payment: 267,780.00

Total Expenses of Administration: 50,579.69

---

3) Total gross receipts of $ 123,827.81 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 39,738.59 (see **Exhibit 2**), yielded net receipts of $ 84,089.22 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 146,371.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 50,579.69 | 50,579.69 | 50,579.69 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 121,409.00 | 33,469.58 | 33,469.58 | 33,509.53 |
| **TOTAL DISBURSEMENTS** | $ 267,780.00 | $ 84,049.27 | $ 84,049.27 | $ 84,089.22 |

4) This case was originally filed under chapter 7 on 09/05/2014 . The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/12/2016                   By: /s/Joji Takada, Chapter 7 Trustee
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential Class Action Lawsuit For Vaginal Mesh | 1142-000 | 123,827.81 |
| **TOTAL GROSS RECEIPTS** | | **$ 123,827.81** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Leslie, Catherine M | Exemptions | 8100-002 | 15,000.00 |
| Leslie, Ronald D | Exemptions | 8100-002 | 7,500.00 |
| Ronald D Leslie, Jr. and Catherine M Leslie | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 17,238.59 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 39,738.59** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quickn Loans 1050 Woodward Ave Detroit, MI 48226 | | 125,197.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | USAA Federal Savings Bank 10750 Mcdermott Fwy San Antonio, TX 78288 | | 21,174.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 146,371.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 7,454.46 | 7,454.46 | 7,454.46 |
| Joji Takada | 2200-000 | NA | 77.40 | 77.40 | 77.40 |
| Associated Bank | 2600-000 | NA | 282.96 | 282.96 | 282.96 |
| Edwards & de la Cerda PLLC | 3210-000 | NA | 41,271.81 | 41,271.81 | 41,271.81 |
| Edwards & de la Cerda PLLC | 3220-000 | NA | 1,493.06 | 1,493.06 | 1,493.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 50,579.69 | $ 50,579.69 | $ 50,579.69 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Anes Assoc PO Box 1123 Bankruptcy Jackson, MI 49204 | | 650.00 | NA | NA | 0.00 |
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | 0.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware Attn: Bankruptcy P.O. Box 8801 Wilmington, DE 19899 | | 9,914.00 | NA | NA | 0.00 |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 3,220.00 | NA | NA | 0.00 |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 4,812.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 2,213.00 | NA | NA | 0.00 |
| | Cap1/bstby | | 3,841.00 | NA | NA | 0.00 |
| | Cap1/mnrds 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 2,854.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 9,397.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 11,208.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 6,077.00 | NA | NA | 0.00 |
| | Elite Gynecology 935 W US Route 6 Bankruptcy Morris, IL 60450 | | 1,791.00 | NA | NA | 0.00 |
| | First National Bank Attention:FNN Legal Dept 1620 Dodge St. Stop Code: 3290 Omaha, NE 68197 | | 1,229.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GECRB/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 1,841.00 | NA | NA | 0.00 |
| | GECRB/Sams Club Gecrb/Sams Club Po Box 103104 Roswell, GA 30076 | | 5,658.00 | NA | NA | 0.00 |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 1,276.00 | NA | NA | 0.00 |
| | MiraMed Revenue Group 991 Oak Creek Dr Bankruptcy Lombard, IL 60148 | | 1,454.00 | NA | NA | 0.00 |
| | Nhhelc/gsm&r Po Box 3420 Concord, NH 03302 | | 1,647.00 | NA | NA | 0.00 |
| | Pellettieri 991 Oak Creek Dr Lombard, IL 60148 | | 1,454.00 | NA | NA | 0.00 |
| | Shell Oil / Citibank Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 1,107.00 | NA | NA | 0.00 |
| | Silver Cross Hospital 1900 Silver Cross Blvd New Lenox, IL 60451 | | 11,444.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Surgical Consultants of Joliet 2 Uno Cir, 1st Fl Bankruptcy Joliet, IL 60435 | | 736.00 | NA | NA | 0.00 |
| | Syncb/discount Tire Po Box 965036 Orlando, FL 32896 | | 1,714.00 | NA | NA | 0.00 |
| | USAA Federal Savings Bank 10750 Mcdermott Fwy San Antonio, TX 78288 | | 22,547.00 | NA | NA | 0.00 |
| | Usaa Savings Bank 10750 Mcdermott San Antonio, TX 78288 | | 13,325.00 | NA | NA | 0.00 |
| 5 | Capital One N. A. | 7100-000 | NA | 1,276.14 | 1,276.14 | 1,276.14 |
| 6 | Capital Recovery V, Llc | 7100-000 | NA | 5,658.17 | 5,658.17 | 5,658.17 |
| 7 | Capital Recovery V, Llc | 7100-000 | NA | 1,714.21 | 1,714.21 | 1,714.21 |
| 8 | Capital Recovery V, Llc | 7100-000 | NA | 1,841.68 | 1,841.68 | 1,841.68 |
| 9 | Cavalry Spv I,Llc Assignee Of Capital One Na | 7100-000 | NA | 2,854.07 | 2,854.07 | 2,854.07 |
| 1 | DISCOVER BANK | 7100-000 | NA | 11,208.86 | 11,208.86 | 11,208.86 |
| 2 | DISCOVER BANK | 7100-000 | NA | 6,077.76 | 6,077.76 | 6,077.76 |
| 4 | First National Bank Of Omaha | 7100-000 | NA | 1,229.06 | 1,229.06 | 1,229.06 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Granite State Management & Resources On Behalf Of | 7100-000 | NA | 1,609.63 | 1,609.63 | 1,609.63 |
| | Capital One N. A. | 7990-000 | NA | NA | NA | 1.52 |
| | Capital Recovery V, Llc | 7990-000 | NA | NA | NA | 11.00 |
| | Cavalry Spv I,Llc Assignee Of Capital One Na | 7990-000 | NA | NA | NA | 3.41 |
| | DISCOVER BANK | 7990-000 | NA | NA | NA | 20.63 |
| | First National Bank Of Omaha | 7990-000 | NA | NA | NA | 1.47 |
| | Granite State Management & Resources On Behalf Of | 7990-000 | NA | NA | NA | 1.92 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 121,409.00 | $ 33,469.58 | $ 33,469.58 | $ 33,509.53 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-32461 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Ronald D Leslie, Jr. | | | | Date Filed (f) or Converted (c): | 09/05/2014 (f) |
| | Catherine M Leslie | | | | 341(a) Meeting Date: | 09/29/2014 |
| For Period Ending: | 02/12/2016 | | | | Claims Bar Date: | 03/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home At 295 East Cermak Rd, Braidwood Il 60408 | 131,000.00 | 0.00 | | 0.00 | FA |
| 2. Backyard Attached Lot (Attached To Primary Residence) With N | 11,000.00 | 0.00 | | 0.00 | FA |
| 3. Abri Credit Union Checking Account | 53.00 | 0.00 | | 0.00 | FA |
| 4. One Half Of Mazon State Bank Checking Account | 119.00 | 0.00 | | 0.00 | FA |
| 5. Abri Credit Union Savings Account | 51.00 | 0.00 | | 0.00 | FA |
| 6. Edward Jones Brokerage Account | 62.00 | 0.00 | | 0.00 | FA |
| 7. Stove, Microwave, Refrigerator, Vacuum, Blender, Television, | 2,650.00 | 0.00 | | 0.00 | FA |
| 8. Massage Table, Massage Oils And Assorted Massage Supplies In | 500.00 | 0.00 | | 0.00 | FA |
| 9. Necessary Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Male Wedding Band, Female Wedding Band And Male Watch | 350.00 | 0.00 | | 0.00 | FA |
| 11. Edward Jones Ira Account | 113,000.00 | 0.00 | | 0.00 | FA |
| 12. Potential Class Action Lawsuit For Vaginal Mesh<br><br>Potential class action lawsuit for vaginal mesh J Unknown AMENDED--<br>Coloplast/Mpathy vaginal mesh class action lawsuit, subject to 40% attorneys fees claim and costs and subject to mandatory 10% additional holdback for future medical needs and any and all liens unknown attached to the award. | 123,000.00 | 0.00 | | 123,827.81 | FA |
| 13. 2007 Saturn Vue With 160,000 Miles In Good Condition | 3,922.00 | 0.00 | | 0.00 | FA |
| 14. 2001 Dodge Ram With 106,000 Miles In Poor Condition | 2,850.00 | 0.00 | | 0.00 | FA |
| 15. 1999 Ford Escort With 200,000 Miles In Non-Operating Conditi | 300.00 | 0.00 | | 0.00 | FA |
| 16. Small Utility Trailer | 50.00 | 0.00 | | 0.00 | FA |
| 17. 2010 Forest River Salem M-312Qbud In Good Condition | 21,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-32461 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Ronald D Leslie, Jr. | | | | Date Filed (f) or Converted (c): | 09/05/2014 (f) |
| | Catherine M Leslie | | | | 341(a) Meeting Date: | 09/29/2014 |
| For Period Ending: | 02/12/2016 | | | | Claims Bar Date: | 03/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. 1978 Rinker 17 Foot Bass Boat In Non Operational Condition A | 510.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $411,417.00 | $0.00 | | $123,827.81 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Reviewing Debtor's interest in PI case involving coloplast mesh - Joji Takada 9/24/2014
Correspondence with PI counsel - Joji Takada 11/24/2014

Hired PI counsel; Awaiting details re settlement. - Joji Takada 3/15/2015

Draft approval of settlement re PI litigation and Debtor's claimed exemption. - Joji Takada 4/8/2015

TFR filed and approved; Distribution checks issued; Waiting for checks to clear. - Joji Takada 12/22/2015

Initial Projected Date of Final Report (TFR): 09/05/2016        Current Projected Date of Final Report (TFR): 09/05/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-32461 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Ronald D Leslie, Jr. | Bank Name: | Associated Bank |
| | Catherine M Leslie | Account Number/CD#: | XXXXXX0064 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8293 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/12/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/12/15 | 12 | Freese and Goss PLLC | Settlement payment<br>Settlement of joint-debtor's personal bodily injury litigation | 1142-000 | $123,827.81 | | $123,827.81 |
| 06/17/15 | 1001 | Ronald D Leslie, Jr.<br>c/o Mark Berardi, Esq.<br>207 S. Water Street<br>Wilmington, Illinois 60481 | Exemption | 8100-002 | | $7,500.00 | $116,327.81 |
| 06/17/15 | 1002 | Catherine M Leslie<br>c/o Mark Berardi, Esq.<br>207 S. Water Street<br>Wilmington, Illinois 60481 | Exemption | 8100-002 | | $15,000.00 | $101,327.81 |
| 07/06/15 | 1003 | Edwards & de la Cerda PLLC<br>Attn: Kevin Edwards<br>3031 Allen St., Ste. 100<br>Dallas, TX 75204 | Payment to trustee professional<br><br>Special counsel contingency fee | 3210-000 | | $41,271.81 | $60,056.00 |
| 07/06/15 | 1004 | Edwards & de la Cerda PLLC<br>Attn: Kevin Edwards<br>3031 Allen St., Ste. 100<br>Dallas, TX 75204 | Payment to trustee professional<br><br>Special counsel reimbursed costs | 3220-000 | | $1,493.06 | $58,562.94 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.58 | $58,480.36 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $113.60 | $58,366.76 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.78 | $58,279.98 |
| 12/22/15 | 1005 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $7,454.46 | $50,825.52 |
| 12/22/15 | 1006 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $77.40 | $50,748.12 |

Page Subtotals: $123,827.81  $73,079.69

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-32461 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Ronald D Leslie, Jr. | Bank Name: Associated Bank |
| Catherine M Leslie | Account Number/CD#: XXXXXX0064 |
| | Checking |
| Taxpayer ID No: XX-XXX8293 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/12/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/22/15 | 1007 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution per court order. | | | | $11,222.24 | $39,525.88 |
| | | | | ($13.38) | 7990-000 | | | |
| | | DISCOVER BANK | Final distribution per court order. | ($11,208.86) | 7100-000 | | | |
| 12/22/15 | 1008 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution per court order. | | | | $6,085.01 | $33,440.87 |
| | | | | ($7.25) | 7990-000 | | | |
| | | DISCOVER BANK | Final distribution per court order. | ($6,077.76) | 7100-000 | | | |
| 12/22/15 | 1009 | Granite State Management & Resources<br>On Behalf Of<br>The Department Of Education<br>Po Box 105291<br>Concord, NH 03302 | Final distribution per court order. | | | | $1,611.55 | $31,829.32 |
| | | | | ($1.92) | 7990-000 | | | |
| | | Granite State Management & Resources On Behalf Of | Final distribution per court order. | ($1,609.63) | 7100-000 | | | |
| 12/22/15 | 1010 | First National Bank Of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Final distribution per court order. | | | | $1,230.53 | $30,598.79 |
| | | | | ($1.47) | 7990-000 | | | |
| | | First National Bank Of Omaha | Final distribution per court order. | ($1,229.06) | 7100-000 | | | |
| 12/22/15 | 1011 | Capital One N. A.<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | | | | $1,277.66 | $29,321.13 |
| | | | | ($1.52) | 7990-000 | | | |

Page Subtotals: $0.00   $21,426.99

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-32461 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Ronald D Leslie, Jr.<br>Catherine M Leslie | Bank Name: Associated Bank<br>Account Number/CD#: XXXXXX0064<br>Checking |
| Taxpayer ID No: XX-XXX8293 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/12/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Capital One N. A. | Final distribution per court order. | ($1,276.14) 7100-000 | | | |
| 12/22/15 | 1012 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution per court order. | | | $5,664.92 | $23,656.21 |
| | | | | ($6.75) 7990-000 | | | |
| | | Capital Recovery V, Llc | Final distribution per court order. | ($5,658.17) 7100-000 | | | |
| 12/22/15 | 1013 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution per court order. | | | $1,716.26 | $21,939.95 |
| | | | | ($2.05) 7990-000 | | | |
| | | Capital Recovery V, Llc | Final distribution per court order. | ($1,714.21) 7100-000 | | | |
| 12/22/15 | 1014 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution per court order. | | | $1,843.88 | $20,096.07 |
| | | | | ($2.20) 7990-000 | | | |
| | | Capital Recovery V, Llc | Final distribution per court order. | ($1,841.68) 7100-000 | | | |
| 12/22/15 | 1015 | Cavalry Spv I,Llc Assignee Of Capital One Na<br>Bass & Associates, P.C.<br>3936 E Ft. Lowell Road, Suite # 200<br>Tucson, Az 85712 | Final distribution per court order. | | | $2,857.48 | $17,238.59 |
| | | | | ($3.41) 7990-000 | | | |
| | | Cavalry Spv I,Llc Assignee Of Capital One Na | Final distribution per court order. | ($2,854.07) 7100-000 | | | |

| | | Page Subtotals: | | | $0.00 | $12,082.54 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-32461 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Ronald D Leslie, Jr. | Bank Name: | Associated Bank |
|  | Catherine M Leslie | Account Number/CD#: | XXXXXX0064 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX8293 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/12/2016 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/22/15 | 1016 | Ronald D Leslie, Jr. and Catherine M Leslie | Distribution of surplus funds to debtor. | 8200-002 |  | $17,238.59 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $123,827.81 | $123,827.81 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $123,827.81 | $123,827.81 |
| Less: Payments to Debtors | $0.00 | $39,738.59 |
| Net | $123,827.81 | $84,089.22 |

Page Subtotals: $0.00  $17,238.59

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0064 - Checking | $123,827.81 | $84,089.22 | $0.00 |
|  | $123,827.81 | $84,089.22 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $123,827.81 |
| Total Gross Receipts: | $123,827.81 |

Page Subtotals:   $0.00   $0.00